UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ABIMAEL AGUILAR MORENO,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents | Case No. 5:26-cv-01301-WLH-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On June 25, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation denying Petitioner Adan Abimael Aguilar Moreno's ("Petitioner") petition for a writ of habeas corpus. (Dkt. No. 16 ("R&R").)

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, the R&R of the Magistrate Judge, and Petitioner's Objections to the Report (Dkt No. 19).

The Court has conducted a de novo review of those portions of the R&R to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered denying the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: August 04, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE