JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ABIMAEL AGUILAR MORENO,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | Case No. 5:26-cv-01301-WLH-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is denied; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: August 04, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE